1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JAMES HENRY FLOURNOY,

11              Plaintiff,                No. 2:11-cv-2844 KJM EFB P

12         vs.

13  ERIC MANESS, et al.,

14              Defendants.              <u>ORDER</u>

15  _____/

16        Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action

17  brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302

18  pursuant to 28 U.S.C. § 636(b)(1).

19        Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28

20  U.S.C. § 1914(a).  Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of

21  (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance

22  in plaintiff's account for the six-month period immediately preceding the filing of the complaint.

23  28 U.S.C. § 1915(b)(1).  Thereafter, plaintiff must make monthly payments of 20 percent of the

24  preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).

25  ////

26  ////

1

1    The agency having custody of plaintiff is required to forward to the Clerk of the Court

2    the initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time

3    the amount in the account exceeds $10, until the filing fee is paid.  *Id.*

4    The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's in forma

5    pauperis application upon the Director of the California Department of Corrections and

6    Rehabilitation and deliver a copy of this order to the Clerk's financial division.

7    So ordered.

8    Dated:  August 9, 2012.

9                                          EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2