1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES HENRY FLOURNOY,

11          Plaintiff,                    No. 2:11-cv-2844 KJM EFB P

12      vs.

13   ERIC MANNESS, et al.,

14          Defendants.          <u>ORDER</u>

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On March 12, 2013, the magistrate judge filed findings and recommendations,

20   which were served on plaintiff and which contained notice to plaintiff that any objections to the

21   findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed

22   objections to the findings and recommendations.

23          The court presumes that any findings of fact are correct.  *See Orand v. United*

24   *States,* 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

25   reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

26   /////

1

1983).  Having carefully reviewed the file, the court finds the findings and recommendations to

be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed March 12, 2013, are adopted in full;

and

2.  Plaintiff's First Amendment claim against defendant Bauer is dismissed

without leave to amend.

DATED:  June 20, 2013.

UNITED STATES DISTRICT JUDGE

2