1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES HENRY FLOURNOY,

11            Plaintiff,                    No. 2:11-cv-2844 KJM EFB P

12        vs.

13   ERIC MANESS, et al.,

14            Defendants.                   <u>ORDER</u>

15

16        Plaintiff is a prisoner proceeding without counsel in this civil rights action.  The United

17   States Marshal has returned process directed to defendants Kinder and Sahba unserved, with a

18   stamp indicating that plaintiff's documents for service were "not deliverable as addressed."

19   Dckt. No. 32.  Therefore, plaintiff must provide new information about how to locate these

20   defendants for service of process.  Plaintiff must proceed with haste because Fed. R. Civ. P. 4(m)

21   requires that an action be dismissed as to a defendant not served within 120 days after filing the

22   complaint unless the time is enlarged based upon a demonstration of good cause.  If plaintiff's

23   access to the required information is denied or unreasonably delayed, plaintiff may seek judicial

24   intervention.

25   ////

26   ////

1

1   Accordingly, it is ORDERED that:

2   1. The Clerk of the Court shall mail plaintiff two forms USM-285.

3   2. Within 30 days from the date this order is served, plaintiff must submit the attached

4   Notice of Submission of Documents with completed forms USM-285 providing new instructions

5   for service of process upon defendants Kinder and Sahba.

6   3. Failure to comply with this order within the time allowed or to show good cause for

7   such failure will result in a recommendation that defendants Kinder and Sahba be dismissed.

8   Dated:  June 27, 2013.

9   

10  EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JAMES HENRY FLOURNOY,

11              Plaintiff,                         No. 2:11-cv-2844 KJM EFB P

12         vs.

13    ERIC MANESS, et al.,                         NOTICE OF SUBMISSION
                                                   OF DOCUMENTS
14              Defendants.

15    _____/

16
          Plaintiff hereby submits the following documents in compliance with the court's
17
      order filed _____.
18

19         __2__          completed USM-285 forms

20
      DATED:
21

22

23                                           _____
                                             Plaintiff
24

25

26