1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES HENRY FLOURNOY,                    No.  2:11-cv-2844-KJM-EFB P

12                  Plaintiff,

13        v.                                  ORDER

14   ERIC MANESS, et al.,

15                  Defendants.

16

17        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  The court has ordered plaintiff to submit the necessary documents to effectuate

19   service of process on defendants Sahba and Kinder through the United States Marshal.  ECF Nos.

20   33, 36.  Plaintiff has not filed the required documents.

21        Instead, plaintiff merely notified the court that he had located a new address for service of

22   defendant Sahba.  ECF No. 43.  He also requested the court's assistance in locating the proper

23   address for service of defendant Kinder.  ECF Nos. 43, 50.  The court will deny plaintiff's request

24   for court assistance, without prejudice.  Plaintiff is directed to submit two forms USM-285 to

25   effectuate service of process on defendants Sahba and Kinder, even if plaintiff does not have a

26   new address for defendant Kinder.  Upon receipt of those forms, the court will direct the U.S.

27   Marshal to re-attempt service of process on defendants Sahba and Kinder, using the addresses

28   provided by plaintiff.

1

1      Accordingly, IT IS HEREBY ORDERED that within 21 days from service of this order,

2 plaintiff shall complete the attached Notice of Submission of Documents and submit it to the

3 court with two completed forms USM-285 for service on defendants Sahba and Kinder.  Failure

4 to comply with this order may result in the dismissal of defendants Sahba and Kinder.  The Clerk

5 of the Court shall send plaintiff two forms USM-285.

6      IT IS FURTHER ORDERED that plaintiff's requests for court assistance in locating an

7 address for service for defendant Kinder (ECF Nos. 43, 50) are denied without prejudice.

8 DATED:  May 12, 2014.

9

10                               EDMUND F. BRENNAN

11                               UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JAMES HENRY FLOURNOY,                    2:11-cv-2844-KJM-EFB P

12              Plaintiff,

13        v.                                 NOTICE OF SUBMISSION OF
                                             DOCUMENTS
14  ERIC MANESS, et al.,

15              Defendants.

16

17        Plaintiff hereby submits the following documents in compliance with the court's order

18  filed _____:

19

20            ___2___     completed forms USM-285 for service on defendants Sahba
                          and Kinder
21

22  DATED:

23

24                          _____
                            Plaintiff
25

26

27

28

3