Stanley Goff, Bar No. 289564
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff James Flournoy

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FLOURNOY,<br><br>        Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY SHERIFF'S DEPT, ET AL.<br><br>        Defendants. | Case No: **2:11-cv-02844-KJM-EFB P**<br><br>(~~PROPOSED~~) ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

[~~PROPOSED~~] ORDER

The withdrawal and substitution of counsel is approved and so ORDERED.

DATED: February 13, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE